■ In the Matter of ROBERT M. A. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Appellants; ROBERT O. A., Respondent. (Proceeding No. 1.) In the Matter of ANTHONY A. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Appellants; ROBERT O. A., Respondent. (Proceeding No. 2.)—In two child protective proceedings pursuant to Family Court Act article 10, the petitioner Suffolk County Department of Social Services and the Law Guardian for the children separately appeal from orders of the Family Court, Suffolk County, entered May 7, 1986, which dismissed the petitions.

Ordered that the orders are affirmed, without costs or disbursements, for reasons stated by Judge Leis at the Family Court. Thompson, J. P., Brown, Niehoff and Rubin, JJ., concur.